IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk                             Date: August 24, 2007
Janet Coppock, Court Reporter
Laura Ansart, Probation Officer

Criminal Action No. 07–cr–00137–EWN

*Parties:*                                              *Counsel:*

UNITED STATES OF AMERICA,                              Tim Neff

    Plaintiff,

v.

1. JASON KNOWLING,                                     Edward Pluss

    Defendant.

---

**SENTENCING MINUTES**

---

**10:42 a.m.**     Court in session.

**Defendant pled guilty on June 8, 2007, to Count 11 of the Indictment.**

Mitigation statement by Mr. Pluss.

Statement by Defendant.

Court's findings.

**ORDERED: 1.     No fine is imposed.**

**ORDERED: 2.     Defendant is imprisoned for a term of time served.**

*Sentencing Minutes*
*07-cr-00137-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 4*

**ORDERED: 3.** **Upon release from imprisonment, defendant shall be placed on supervised release for a period of three years.**

**ORDERED: 4.** **Within seventy-two hours of his release from the custody of the Bureau of Prisons, defendant will report in person to the probation office in the district in which he is released.**

**ORDERED: 5.** **Conditions of supervised release are:**

    **a.** **Defendant is to observe all of the standard conditions of supervised release.**

    **b.** **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

    **c.** **Defendant is not to illegally possess or use controlled substances.**

    **d.** **Defendant is to submit to one drug test within 15 days of his release and two other periodic tests, as directed by the probation officer.**

    **e.** **Defendant is not to commit a federal, state, or local crime.**

    **f.** **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

    **g.** **Defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant shall be required to pay the costs of treatment as directed by the probation officer.**

    **h.** **Defendant shall participate in a program for testing and treatment of alcohol abuse, as directed by the probation**

        **officer, until he is released from the program by the probation officer.  He shall pay all costs associated with this program.**

    **i.**  **Defendant shall participate in a program for mental health treatment, as directed by the probation officer, until he is released from that program by the probation officer.  He shall pay all costs of such treatment.  The court authorizes the probation officer to release to the treatment agency all psychological reports and/or the pre-sentence report, for continuity of treatment.**

    **j.**  **Defendant shall be placed on home detention for a period of six months, to commence within twenty-one days of sentencing.  During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer.  Defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period.  Defendant shall wear an electronic device and shall observe the rules specified by the Probation Department.  Defendant shall pay the cost of electronic monitoring as directed by the probation officer.**

    **k.**  **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED:  6.**  Defendant shall make restitution payments in the total amount of $17,572.00.  It is to be satisfied no later than when the term of supervision expires.  Restitution is due and payable in either a lump sum or equal monthly installments during the period of supervised release commencing thirty days after the date of sentencing.  Any partial payments will be apportioned among the victims in the ratio to which each victim's loss bears to the total loss.

**ORDERED:  7.**  Defendant shall pay a special assessment fee of $100 due immediately.

*Sentencing Minutes*
*07-cr-00137-EWN*
*Chief Judge Edward W. Nottingham*
*Page 4 of 4*

**ORDERED:  8.**    **Payments made pursuant to the court's judgment shall be applied in the following order:  (i.) special assessment, (ii.) restitution principal.**

**ORDERED:  9.**    **Defendant's Request for Variance from Guideline Sentence (#28, filed July 30, 2007) is GRANTED.**

**ORDERED:  10.**    **Government's Motion to Dismiss Counts of the Indictment (#30, filed August 21, 2007) is GRANTED.**

**ORDERED:  11.**    **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

**11:03 a.m.**    Court in recess.

Hearing concluded.

Total time in court:    00:21